Edward Jason **ROBINSON,**
Petitioner–Appellant,

v.

**W.F. DALIUS, Warden, Respondent–Appellee.**

No. 02–7585.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 24, 2003.

Edward Jason Robinson, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward Jason Robinson, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Robinson v. Dalius,* No. CA–02–510–5–BO (E.D.N.C. filed Aug. 7, 2002, entered Aug. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*